## GOODE v. STATE.
### No. 19758.

Court of Criminal Appeals of Texas.
May 11, 1938.

Clarke Wills, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of burglary, and his punishment assessed at five years' confinement in the penitentiary.

The record before us contains neither a statement of facts nor bills of exception. The indictment seems to be in proper form. All matters of procedure appearing regular, the judgment will be affirmed.